**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

FLORENCE BUTTON,            )
                           )
                Plaintiff,  )
                           )
vs.                        )          Case No. CIV-07-1357-M
                           )
MICHAEL ASTRUE,            )
Commissioner, Social       )
Security Administration,   )
                           )
                Defendant.  )

## ORDER

On October 20, 2008, United States Magistrate Judge Shon T. Erwin issued a Report and

Recommendation in this action brought pursuant to 42 U.S.C. § 405(g) for judicial review of the

final decision of the Commissioner of the Social Security Administration ("Commissioner") denying

plaintiff's application for benefits.   The Magistrate Judge recommended the Commissioner's

decision be reversed and remanded for further administrative proceedings.  The parties were advised

of their right to object to the Report and Recommendation by October 20, 2008.  A review of the file

reveals no objection has been filed.

Upon de novo review, the Court:

(1)   ADOPTS the Report and Recommendation issued by the Magistrate Judge on
October 20, 2008;

(2)   REVERSES the decision of the Commissioner;

(3)   REMANDS for further administrative proceedings consistent with the Report and
Recommendation; and

(4)     ORDERS that judgment issue forthwith in accordance with the provisions of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 17th day of November, 2008.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE